**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 251 WAL 2019

           Respondent                :

                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

           v.                        :

                                           :

EARL LOUIS HOLLINS,                 :

                                           :

           Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.